1  Office of the General Counsel
   Clark County School District
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   (702) 799-5505 (Fax)
5  Attorneys for Defendants
    LAUREN LONGMIRE and CLARK COUNTY SCHOOL DISTRICT
6
                    **UNITED STATES DISTRICT COURT**
7
                       **DISTRICT OF NEVADA**
8

9  MICHAEL HILL,                        Case No.

10                 Plaintiff,

11 v.                                   **NOTICE OF REMOVAL OF ACTION**
                                        **PURSUANT TO 28 U.S.C. SECTION**
12 LAUREN LONGMIRE and CLARK            **1441 - FEDERAL QUESTION**
   COUNTY SCHOOL DISTRICT,
13
                 Defendant.
14

15 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

16     PLEASE TAKE NOTICE that Defendants, LAUREN LONGMIRE and CLARK

17 COUNTY SCHOOL DISTRICT, by and through their counsel, S. SCOTT

18 GREENBERG, Assistant General Counsel, hereby remove the state court

19 action described below to the United States District Court for the

20 District of Nevada.

21     1. Plaintiff MICHAEL HILL commenced an action in the Eighth

22 Judicial District Court of the State of Nevada, in and for the

23 County of Clark, styled Hill v. Longmire, et al., Case No. A-13-

24 693815-C, attached hereto as Exhibit 1.

25     2. Defendants Longmire and Clark County School District were

26 served with a copy of the Summons and Complaint on or about January

27 14, 2014, and January 8, 2014, respectively.  No other defendants

28

1  are named in the action; therefore, on information and belief, no
2  other defendants have been served with a copy of the Summons and
3  Complaint.  This notice is jointly filed and is being filed within
4  thirty (30) days of Defendants Longmire and Clark County School
5  District being served.

6      3.   This action is a civil action over which this Court has
7  original jurisdiction under 28 U.S.C. Section 1331, and is one
8  which may be removed to this court by Defendant pursuant to 28
9  U.S.C. Section 1441 as the matter involves a federal question.  The
10 complaint is captioned "Complaint for Relief from Workplace
11 Harassment, Discrimination and Racism" (see Exhibit 1 at p. 1) and
12 Plaintiff has filed underlying EEOC discrimination charges (EEOC
13 Nos. 487-2012-01326 and 34B-2013-01064) referencing Title VII of
14 the Civil Rights Act of 1964.

15     4.   This Court is the proper venue for the removal of this
16 action based upon the allegations in Plaintiff's complaint.

17     5.   Defendants Longmire and Clark County School District have
18 joined this removal and there are no other defendants to consent to
19 removal of this action.

20     DATED this 28th day of January, 2014.

                             CLARK COUNTY SCHOOL DISTRICT
21                           OFFICE OF THE GENERAL COUNSEL
22

23                      By:   /s/ S. Scott Greenberg
                             S. SCOTT GREENBERG
24                           Assistant General Counsel
                             5100 W. Sahara Ave.
25                           Las Vegas, Nevada 89146
                             (702) 799-5373
26                           Attorneys for Defendants
27

28                           - 2 -

1

2                                    **CERTIFICATE OF SERVICE**

3        I hereby certify that on the 28th day of January, 2014, a

4  copy of the foregoing **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28**

5  **U.S.C. SECTION 1441 - FEDERAL QUESTION** was served by enclosing a

6  true and correct copy of the same in an envelope, postage prepaid

7  thereon, and addressed as follows:

8                          Michael Hill
                           4020 Arville Street #192
9                          Las Vegas, Nevada 89103
                           Plaintiff in Proper Person
10

11                              /s/ Joan Mortimer
                           AN EMPLOYEE OF THE CLARK COUNTY
12                         SCHOOL DISTRICT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 3 -

EXHIBIT 1

1  **SUMM**
   Michael Hill
2  4020 Arville Street #192
   Las Vegas, NV 89103
3  702-763-0000
4  PLAINTIFF IN PROPER PERSON

5

6

7

8                    DISTRICT COURT

9                CLARK COUNTY, NEVADA

10

11  Michael Hill
12  4020 Arville Street #192
    Las Vegas, Nevada 89103,
13
                                        CASE NO. A-13-693815-C
14
                                        DEPT. NO. 111
                    Plaintiff(s),
15

16             -vs-

17  Lauren Longmire
18  4499 Arville Street
    Las Vegas, Nevada 89103
19  And
    Clark County School District
20  5100 West Sahara Ave
    Las Vegas Nevada 89146,
21
                    Defendant(s).
22

23
                    **SUMMONS - CIVIL**
24
25  **NOTICE!  YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
    WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
26  READ THE INFORMATION BELOW.**

27  **TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against

28  you for the relief set forth in the Complaint.

           1.     If you intend to defend this lawsuit, within 20 days after this Summons is

                  served on you, exclusive of the day of service, you must do the following:

(a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

(b) Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

_____
Michael Hill

STEVEN D. GRIERSON
CLERK OF COURT

By:_____KADIRA BE_____
    Deputy Clerk              Date

Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

**NOTE: When service is by publication, add a brief statement of the object of the action.  See Nevada Rules of Civil Procedure 4(b).**

3

summons/12/29/2013

**AFFIDAVIT OF SERVICE**

STATE OF         )

                        )    ss:

COUNTY OF      )

_____, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the Summons and Complaint, _____ on the _____ day of _____, 20_____ and served the same on the _____ day of _____, 20_____ by:

**(Affiant must complete the appropriate paragraph)**

1.     Delivering and leaving a copy with the Defendant _____ at (state address) _____

2.     Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at (state address) _____

**[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3.     Serving the Defendant _____ by personally delivering and leaving a copy at (state address) _____

     (a)     With _____ as _____, an agent lawfully designated by statute to accept service of process;

     (b)     With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4.     Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):

                      ☐ Ordinary mail
                      ☐ Certified mail, return receipt requested
                      ☐ Registered mail, return receipt requested

4

addressed to the Defendant _____ at Defendant's last known address which is

(state address) _____

    I declare under penalty of perjury under the law of the State of Nevada that the

foregoing is true and correct.

    EXECUTED this _____ day of _____, 20_____.


                                 _____

                                 Signature of person making service

5

```
 1   Michael Hill                              FILED
     4020 Arville Street #192
 2   Las Vegas, NV 89103                       DEC 3, 1 2013
     702-763-0000
 3   PLAINTIFF IN PROPER PERSON
                                               CLERK OF COURT
 4

 5                    DISTRICT COURT

 6                 LAS VEGAS, NEVADA

 7

 8   Michael Hill                    ) Case No.: A-13-693815-C
 9   4020 Arville Street #192        )
     Las Vegas, Nevada 89103,        )
10                                   ) Department  111
11   ,                               )
                                     )
12               Plaintiff,          )
                                     ) Date
13   vs.                             )
14   Lauren Longmire
     4499 Arville Street                Time
15   Las Vegas, Nevada 89103

16   And                               COMPLAINT FOR RELIEF FROM WORKPLACE
17                                     HARRASSMENT, DISCRIMINATION AND
     Clark County School District      RACISM.
18   5100 West Sahara Ave
     Las Vegas Nevada 89146,
19

20   ,

21               Defendant
     _____
22

23        TO:      Lauren Longmire

24        TO:      Clark County School District

25        A lawsuit has been commenced against you in the above-entitled Court by

26   the Plaintiff. In order to defend against his lawsuit, you must respond to

27   the Complaint by filing an Answer stating your defense in writing and serving

28        COMPLAINT FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND
                              RACISM.
                                - 1 -
```

a copy to the Plaintiff's within 20 days after the service of this Summons, excluding the day of service. A default judgment may be entered agent you without notice.

The Plaintiff is asking the court to:

1. Stop workplace discrimination against white male employees and students.

2. Stop racism by requiring all employees to speak like they have a high school diploma.

3. Stop racism by requiring black people to follow the same rules as white men.

4. Stop discrimination to white men and require female employees to follow the same rules as a white man.

5. Stop workplace harassment by Ordering Clark County School District to never outsource or subcontract bus drivers.

6. Stop making bus drivers work for free so they can pay for the Zonar system.

7. Compensate a white man when he has to do extra work to fix something because a female or black employee did not perform their duties correctly.

COMES NOW Plaintiff In Proper Person and files this Motion For Relief from Workplace Harassment. This pleading is based upon the papers and pleadings on file and any evidence or argument heard at the time of the hearing on this matter.

This Court has in persona jurisdiction over all parties. All parties work within the County of Clark, State of Nevada.

This Court should find that Lauren Longmire is liable for workplace harassment, and order her to pay the Plaintiff $9589 in actual damages and

COMPLAINT FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND RACISM.

1    $92,000.00 in punitive damages. The actual damages were calculated by using
2    the number of sick hours that I had to use in the 2012-2013 school year. The
3    punitive damages are based on her yearly salary.

4         Clark County School District should be Ordered to pay Plaintiff
5    #5,000,000.00 (five million dollars) in actual damages for having to endure
6    eleven years of harassment discrimination and racism.

7         Clark County School District should be Ordered that they can never
8    outsource or subcontract bus drivers. When a person comes to work and has to
9    hear how they can lose their job, this is another form of harassment.

10        Clark County School District should be Ordered to pay bus drivers a
11   full eighteen minutes to do a proper pre-trip inspection on the buses. Before
12   Clark County School District started using the Zonar system we were paid
13   eighteen minutes to do a proper pre-trip inspection or twenty-four minutes if
14   our bus was in a remote lot. Now bus drivers are only paid ten minutes to do
15   the same work. We

16        Clark County School District should be Ordered to end racism within the
17   school district. Clark County School District should be Ordered that if a
18   white man has to endure racism because a black person refuses to do their job
19   correctly, or speak like they have a high school diploma, the white man's
20   wages should be doubled for that day. Clark County School District should
21   then discipline the black person by unpaid administrative leave without pay
22   for a minimum of three working days. I once asked why rules are not enforced
23   on black people; I was told black people are not capable of following the
24   rules.

25        Clark County School District should also be Ordered to end racism by
26   expecting every employee to speak like they have a High School Diploma. Clark
27   County School District has so many prejudice black people working there. They

28       COMPLAINT FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

                                      RACISM.

                                       - 3

1  believe that speaking like they have a High School Diploma is "acting white".
2  If a black person refuses to get past their racism and speak like they have a
3  High School Diploma, it should be a ten day unpaid work suspension, or unless
4  a student hears it, then it should be twenty days. Black people will get over
5  their racism and will say "I am" instead of "I is", "We were" instead of "We
6  was", and pronounce the word "direction" correctly.

7      Clark County School District should be Ordered to pay a white man
8  double his daily wage if he has to do extra work because a female employee
9  refuses to do her job correctly. Clark County School District does comply
10  with equal pay for women, but discriminate against men in the process,
11  because they never make a female employee do their job correctly.

12      Clark County School District should also be Ordered to reinstate my
13  dependent's health care. I was sent an e-mail from a female school district
14  employee stating that I did not turn in a form regarding dependent health
15  care benefits. She automatically accused me of not completing the form. If
16  Clark County School District enforced the harassment rules, and then she
17  should have apologized for having a law that requires equal pay for women.
18  Then she would have taken responsibility for her actions. If she needed me to
19  repeat the same task again, she would have told me how I would have been
20  compensated for her inability to do her job correctly.

21                          **FACTS AND HISTORY**

22      Clark County School District policy states that school bus drivers are
23  to have the students off the bus twenty minutes before class starts. That
24  means the principal at Decker Elementary School should have made sure the
25  gate was open twenty-five minutes before school starts. When the principal at
26  Decker Elementary School refused to abide by school district policy, I
27  reported her behavior to her immediate supervisor. This policy is outlined in

28      COMPLAINT FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

                                RACISM.

                                 - 4

1  a booklet published by Clark County School District called "An Employees

2  Right to Know". When I followed that policy, I was harassed and written up by

3  Lauren Longmire. This is what happens when there is a law that states "equal

4  pay" for women, but does not state "equal work". Even though Clark County

5  School District has a policy that forbids discrimination, it is never

6  enforced. This is not the first time I have been discriminated and harassed

7  by Lauren Longmire.

8      On the second day of the 2012-2013 school year, I was told by a black

9  Transportation Operations Assistant that I was going to transport high school

10  students sitting three to a seat. I proceeded to call this in to dispatch. I

11  refused to break the law in the name of racism.

12      The next morning I had to have a meeting with Lauren Longmire. Since

13  racism in a major problem within Clark County School District, she tried to

14  justify what the Transportation Operations Assistant did. She said Nevada law

15  does not apply to Clark County School District. She said that the seats are

16  39 inches wide, so 39 inches of butt could be put into each seat. She

17  violated N. R. S. 613.100

18      I then reported her actions to the Assistant Director of Transpiration.

19  Since the law states "equal pay" for women, he tried to justify her actions.

20  He told me that passenger limits are based on weight. It is determined by how

21  much weight a bus can handle, and that will vary depending on the bus.

22      It was not until I reported this to the Director of Transportation the

23  situation was resolved.

24      In the summer of 2003 I was subjected to Lauren's racism as well. That

25  summer I was working as a Transportation Aide. We were at a school, and the

26  students were loading the bus. As they were getting on the bus I was putting

27  students in their car seat or seat belt, as required by that student's IEP.

28          COMPLAINT FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM.

- 5 -

1       Lauren came onto the bus and told me that I have to get off the bus and
2  look for the students that belonged on that bus. I followed her directions.

3       She never told the black bus driver to get out of his seat and get the
4  students seated. So when we left the school, there were students standing in
5  the bus. Their safety and well-being were compromised due to her racism.

6       In the 2005-2006 school year I was leaving Las Vegas High School. The
7  bus in front of me stopped past the stop sign, with the back of the bus
8  blocking the sidewalk, and the front of the bus in a travel lane impeding the
9  flow of traffic. I stopped behind the stop sign, and then when it was safe to
10 proceed, I pulled into the proper travel lane. Because I am a white man that
11 did my job correctly, I got written up for that. I was expected to do the
12 same illegal act everyone else did.

13      In the 2009-2010 school year, I and two other bus drivers left a school
14 and traveled through the same intersection. Then road construction started in
15 that intersection, I maintained the travel lane as directed by the
16 construction markings. The other two bus drivers were a black man and a white
17 female. Since the other drivers were using the left turn lane to proceed
18 straight through the intersection, I was told that I must also use the left
19 turn lane to proceed through the intersection.

20      A Transportation Investigator for Clark County School District chose to
21 endanger the safety and well-being of the students on three different buses,
22 rather than enforce the rules on a woman or black person.

23      I was able to prove that construction marking supersede permanent
24 markings. When I proved that, I was told; "You need to just learn to go with
25 the flow". When I reported this to his boss, he denied it.

26      If there is equal pay for women, because a woman can do anything a man
27 can do, then why can't a woman drive her bus legally through an intersection?

28      COMPLAINT FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM.

- 6

1  This creates more work for a man. I knew what I was doing was right, but I

2  had to prove I was right. Their actions were never challenged. It was

3  automatically considered they were right because enforcing the rules on a

4  black person is racism, and equal pay for women never means equal work. So

5  the white man gets discriminated against, and has to work twice as hard to

6  prove he is right.

7  **CONCLUSION**

8       Clark County School District needs to get rid of the racism, slavery,

9  harassment, and discrimination against white male employees and students. The

10 only way to accomplish this is to require all employees to speak like they

11 have a high school diploma, and all employees must follow the same rules

12 regardless of race or gender.

15                              Dated this 30th of December, 2013

17                              _Michael Hill_ _____

18                              Michael Hill
                                PLAINTIFF IN PROPER PERSON

28       COMPLAINT FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

                                RACISM.

                                  - 7

1  Michael Hill
   4020 Arville Street #192
2  Las Vegas, NV 89103
   PLAINTIFF IN PROPER PERSON
3

                              *FILED*
                        DEC 31  12 05 PH '13

                        CLERK OF THE COURT

4                      DISTRICT COURT

5                    LAS VEGAS, NEVADA

6

7  Michael Hill                ) Case No.: A-13-693815-C
   4020 Arville Street #192     )
8  Las Vegas, Nevada 89103,     )
                                )
9                               ) Department   III
              Plaintiff,        )
10                              )
   vs.                          )
11                              ) Date
   Lauren Longmire              )
12 4499 Arville Street          )
   Las Vegas, Nevada 89103
13                                Time

14 And

15 Clark County School District
   5100 West Sahara Ave
16 Las Vegas Nevada 89146,       MOTION FOR RELIEF FROM WORKPLACE
                                 HARRASSMENT, DISCRIMINATION AND
17                               RACISM.

              Defendants
18 _____

19 NOTICE: YOU ARE ADVISED THAT FAILURE TO FILE AND SERVE A WRITTEN OPPOSITION
   WITHIN 20 DAYS AFTER SERVICE MAY BE UNDERSTOOD AS AN ADMISSION THAT THIS
20 MOTION IS VALID.

21                      NOTICE OF MOTION

22 TO: Lauren Longmire; and
23 TO: Clark County School District

24     PLEASE TAKE NOTICE that a hearing on this motion for the relief

25 requested will be held before the Eighth Judicial District Court at 200 Lewis

26 Ave., Las Vegas, Nevada 89101, on the __5th__ day of (month) __February__

27 (year) __2014__ in Department __3__ at (time) __9:00__ (Am)

28

        MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

                    RACISM. - 1                    *Eva Martinez*    1/8/14

COMES NOW Plaintiff In Proper Person and files this Motion For Relief from Workplace Harassment. This pleading is based upon the papers and pleadings on file and any evidence or argument heard at the time of the hearing on this matter.

This Court has in persona jurisdiction over all parties. All parties work within the County of Clark, State of Nevada.

This Court should find that Lauren Longmire is liable for workplace harassment, and order her to pay the Plaintiff $9589 in actual damages and $92,000.00 in punitive damages. The actual damages were calculated by using the number of sick hours that I had to use in the 2012-2013 school year. The punitive damages are based on her yearly salary.

Clark County School District should be Ordered to pay Plaintiff #5,000,000.00 (five million dollars) in actual damages for having to endure eleven years of harassment discrimination and racism.

Clark County School District should be Ordered that they can never outsource or subcontract bus drivers. When a person comes to work and has to hear how they can lose their job, this is another form of harassment.

Clark County School District should be Ordered to pay bus drivers a full eighteen minutes to do a proper pre-trip inspection on the buses. Before Clark County School District started using the Zonar system we were paid eighteen minutes to do a proper pre-trip inspection or twenty-four minutes if our bus was in a remote lot. Now bus drivers are only paid ten minutes to do the same work. We

Clark County School District should be Ordered to end racism within the school district. Clark County School District should be Ordered that if a white man has to endure racism because a black person refuses to do their job correctly, or speak like they have a high school diploma, the white man's

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM. - 2

1    wages should be doubled for that day. Clark County School District should

2    then discipline the black person by unpaid administrative leave without pay

3    for a minimum of three working days. I once asked why rules are not enforced

4    on black people; I was told black people are not capable of following the

5    rules. Clark County School District has so many prejudice black people

6    working there. They believe that speaking like they have a High School

7    Diploma is "acting white". If a black person refuses to get past their racism

8    and speak like they have a High School Diploma, it should be a three day

9    unpaid work suspension, or unless a student hears it, then it should be ten

10   days. Black people will get over their racism and will say "I am" instead of

11   "I is", "We were" instead of "We was", and pronounce the word "direction"

12   correctly.

13       Clark County School District should be Ordered to pay a white man

14   double his daily wage if he has to do extra work because a female employee

15   refuses to do her job correctly. Clark County School District does comply

16   with equal pay for women, but discriminate against men in the process,

17   because they never make a female employee do their job correctly.

18       Clark County School District should also be Ordered to reinstate my

19   dependent's health care. I was sent an e-mail from a female school district

20   employee stating that I did not turn in a form regarding dependent health

21   care benefits. She automatically accused me of not completing the form. If

22   Clark County School District enforced the harassment rules, and then she

23   should have apologized for having a law that requires equal pay for women.

24   Then she would have taken responsibility for her actions. If she needed me to

25   repeat the same task again, she would have told me how I would have been

26   compensated for her inability to do her job correctly.

27       Clark County School District should also be Ordered to give all

28   employees their correct step raise. I was on step F2. At the beginning of

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM. - 3

1  last year, I should have received my step raise and put on step G2. I did not

2  get a raise until this school year. I was put on step G1. A school district

3  employee was on the news earlier this school year stating they have "millions

4  of dollars to spend to teach illegal immigrants English". So they should have

5  plenty of money to give the employees the raise they are entitled to.

6

7  <u>POINTS AND AUTHORITIES</u>

8  Amendment XIII of the United States Constitution; Neither slavery nor

9  involuntary servitude, except as a punishment for crime whereof the party

10  shall have been duly convicted, shall exist within the United States, or any

11  place subject to their jurisdiction.

12  **NRS 613.100  Endangering life or property by breaking employment contract:**

13  **Penalty.**  Every person who shall willfully and maliciously, either alone or

14  in combination with others, break a contract of service or employment,

15  knowing or having reasonable cause to believe that the consequence of his or

16  her so doing will be to endanger human life or to cause grievous bodily

17  injury or to expose valuable property to destruction or serious injury, shall

18  be guilty of a misdemeanor.

19  **NRS  613.330   Unlawful  employment  practices:  Discrimination  on  basis  of**
   **race,   color,   religion,   sex,   sexual   orientation,   gender   identity   or**
20  **expression,  age,  disability  or  national  origin;  interference  with  aid  or**
   **appliance  for  disability;  refusal  to  permit  service  animal  at  place  of**
21  **employment.**
       1.   Except  as  otherwise  provided  in  NRS  613.350,  it  is  an  unlawful
22  employment practice for an employer:
       (a)  To fail or refuse to hire or to discharge any person, or otherwise
23  to discriminate against any person with respect to the person's compensation,
   terms,  conditions  or  privileges  of  employment,  because  of  his  or  her  race,
24  color,  religion,  sex,  sexual  orientation,  gender  identity  or  expression,  age,
   disability or national origin; or
25       (b)  To  limit,  segregate  or  classify  an  employee  in  a  way  which  would
   deprive  or  tend  to  deprive  the  employee  of  employment  opportunities  or
26  otherwise adversely affect his or her status as an employee, because of his
   or  her  race,  color,  religion,  sex,  sexual  orientation,  gender  identity  or
27  expression, age, disability or national origin.
       2.   It  is  an  unlawful  employment  practice  for  an  employment  agency  to:

28

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM. - 4

1  (a) Fail or refuse to refer for employment, or otherwise to discriminate
against, any person because of the race, color, religion, sex, sexual
2  orientation, gender identity or expression, age, disability or national
origin of that person; or
3  (b) Classify or refer for employment any person on the basis of the
race, color, religion, sex, sexual orientation, gender identity or
4  expression, age, disability or national origin of that person.
   3.  It is an unlawful employment practice for a labor organization:
5  (a) To exclude or to expel from its membership, or otherwise to
discriminate against, any person because of his or her race, color, religion,
6  sex, sexual orientation, gender identity or expression, age, disability or
national origin;
7  (b) To limit, segregate or classify its membership, or to classify or
fail or refuse to refer for employment any person, in any way which would
8  deprive or tend to deprive the person of employment opportunities, or would
limit the person's employment opportunities or otherwise adversely affect the
9  person's status as an employee or as an applicant for employment, because of
his or her race, color, religion, sex, sexual orientation, gender identity or
10 expression, age, disability or national origin; or
   (c) To cause or attempt to cause an employer to discriminate against any
11 person in violation of this section.
   4.  It is an unlawful employment practice for any employer, labor
12 organization or joint labor-management committee controlling apprenticeship
or other training or retraining, including, without limitation, on-the-job
13 training programs, to discriminate against any person because of his or her
race, color, religion, sex, sexual orientation, gender identity or
14 expression, age, disability or national origin in admission to, or employment
in, any program established to provide apprenticeship or other training.
15 5.  It is an unlawful employment practice for any employer, employment
agency, labor organization or joint labor-management committee to
16 discriminate against a person with a disability by interfering, directly or
indirectly, with the use of an aid or appliance, including, without
17 limitation, a service animal, by such a person.
   6.  It is an unlawful employment practice for an employer, directly or
18 indirectly, to refuse to permit an employee with a disability to keep the
employee's service animal with him or her at all times in his or her place of
19 employment.
   7.  As used in this section, "service animal" has the meaning ascribed
20 to it in NRS 426.097.

21 **NRS 392.400  Condition, equipment and specifications of vehicle used for
transportation of pupils; inspection; exemption; penalties.**
22 1.  All vehicles used in the transportation of pupils must be:
   (a) In good condition and state of repair.
23 (b) Well equipped, and must contain sufficient room and seats so that
the driver and each pupil being transported have a seat inside the vehicle.
24 Each pupil shall remain seated when the vehicle is in motion.
   (c) Inspected semiannually by the Department of Public Safety to ensure
25 that the vehicles are mechanically safe and meet the minimum specifications
established by the State Board. The Department of Public Safety shall make
26 written recommendations to the superintendent of schools of the school
district wherein any such vehicle is operating for the correction of any
27 defects discovered thereby.
   2.  If the superintendent of schools fails or refuses to take
28 appropriate action to have the defects corrected within 10 days after

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM. - 5

1    receiving notice of them from the Department of Public Safety, the
superintendent is guilty of a misdemeanor, and upon conviction thereof may be
2    removed from office.

3        3. Except as otherwise provided in subsection 4, all vehicles used for
transporting pupils must meet the specifications established by regulation of
the State Board.

4        4. Except as otherwise provided in this subsection, any bus which is
purchased and used by a school district to transport pupils to and from
5    extracurricular activities is exempt from the specifications adopted by the
State Board if the bus meets the federal safety standards for motor vehicles
6    which were applicable at the time the bus was manufactured and delivered for
introduction in interstate commerce. On and after January 1, 2014, any new
7    school bus which is purchased by a school district to transport pupils must
meet the standards set forth in NRS 393.405.

8        5. Any person violating any of the requirements of this section is
guilty of a misdemeanor.

9

10    **NRS 613.020 Fraudulent representations by employment agent or broker:
Penalty.** Every employment agent or broker who, with intent to influence the
11    action of any person thereby, shall misstate or misrepresent verbally or in
any writing or advertisement any material matter relating to the demand for
12    labor, the conditions under which any labor or service is to be performed,
the duration thereof or the wages to be paid therefor, shall be guilty of a
misdemeanor.

13        [1911 C&P § 520; RL § 6785; NCL § 10466]

14        **NRS 613.030 False representations or pretenses concerning employer's
ability to pay wages: Penalty.** Any person, persons, partnership,
15    association, company or corporation, or his, her or its officers, directors
or agents, who or which shall employ for wages any person or persons in any
16    occupation, and who or which at the time of employing such person or persons
shall make any false representation or pretenses as to having sufficient
17    funds to pay such wages, and who after labor has been done under such
employment by the employee or employees shall fail upon the discharge or
18    resignation of such employee or employees, for a period of 5 days after such
wages are legally payable, to pay the employee or employees on demand the
19    wages due the employee or employees for such labor, shall be guilty of a
misdemeanor.

20

21

22                              FACTS AND HISTORY

23    Clark County School District policy states that school bus drivers are to

24    have the students off the bus twenty minutes before class starts. That means

25    the principal at Decker Elementary School should have made sure the gate was

26    open twenty-five minutes before school starts. When the principal at Decker

27    Elementary School refused to abide by school district policy, I reported her

28    behavior to her immediate supervisor. This policy is outlined in a booklet

        MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

                              RACISM. - 6

1  published by Clark County School District called "An Employees Right to
2  Know". When I followed that policy, I was harassed and written up by Lauren
3  Longmire. This is what happens when there is a law that states "equal pay"
4  for women, but does not state "equal work". Even though Clark County School
5  District has a policy that forbids discrimination, it is never enforced. This
6  is not the first time I have been discriminated and harassed by Lauren
7  Longmire.
8  On the second day of the 2012-2013 school year, I was told by a black
9  Transportation Operations Assistant that I was going to transport high school
10 students sitting three to a seat. I proceeded to call this in to dispatch. I
11 refused to break the law in the name of racism.
12 The next morning I had to have a meeting with Lauren Longmire. Since racism
13 in a major problem within Clark County School District, she tried to justify
14 what the Transportation Operations Assistant did. She said Nevada law does
15 not apply to Clark County School District. She said that the seats are 39
16 inches wide, so 39 inches of butt could be put into each seat. She violated
17 N. R. S.  613.100
18 I then reported her actions to the Assistant Director of Transpiration. Since
19 the law states "equal pay" for women, he tried to justify her actions. He
20 told me that passenger limits are based on weight. It is determined by how
21 much weight a bus can handle, and that will vary depending on the bus.
22 It was not until I reported this to the Director of Transportation the
23 situation was resolved.
24 In the summer of 2003 I was subjected to Lauren's racism as well. That summer
25 I was working as a Transportation Aide. We were at a school, and the students
26 were loading the bus. As they were getting on the bus I was putting students
27 in their car seat or seat belt, as required by that student's IEP.
28

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM. - 7

1  Lauren came onto the bus and told me that I have to get off the bus and look
2  for the students that belonged on that bus. I followed her directions.
3  She never told the black bus driver to get out of his seat and get the
4  students seated. So when we left the school, there were students standing in
5  the bus. Their safety and well-being were compromised due to her racism.
6  In the 2005-2006 school year I was leaving Las Vegas High School. The bus in
7  front of me stopped past the stop sign, with the back of the bus blocking the
8  sidewalk, and the front of the bus in a travel lane impeding the flow of
9  traffic. I stopped behind the stop sign, and then when it was safe to
10 proceed, I pulled into the proper travel lane. Because I am a white man that
11 did my job correctly, I got written up for that. I was expected to do the
12 same illegal act everyone else did.
13 In the 2009-2010 school year, I and two other bus drivers left a school and
14 traveled through the same intersection. Then road construction started in
15 that intersection, I maintained the travel lane as directed by the
16 construction markings. The other two bus drivers were a black man and a white
17 female. Since the other drivers were using the left turn lane to proceed
18 straight through the intersection, I was told that I must also use the left
19 turn lane to proceed through the intersection.
20 A Transportation Investigator for Clark County School District chose to
21 endanger the safety and well-being of the students on three different buses,
22 rather than enforce the rules on a woman or black person.
23 I was able to prove that construction marking supersede permanent markings.
24 When I proved that, I was told; "You need to just learn to go with the flow".
25 When I reported this to his boss, he denied it.
26 If there is equal pay for women, because a woman can do anything a man can
27 do, then why can't a woman drive her bus legally through an intersection?
28 This creates more work for a man. I knew what I was doing was right, but I

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM. - 8

1  had to prove I was right. Their actions were never challenged. It was

2  automatically considered they were right because enforcing the rules on a

3  black person is racism, and equal pay for women never means equal work. So

4  the white man gets discriminated against, and has to work twice as hard to

5  prove he is right.

CONCLUSION

7  Clark County School District needs to get rid of the racism, slavery,

8  harassment, and discrimination against white male employees and students. The

9  only way to accomplish this is to require all employees to speak like they

10 have a high school diploma, and all employees must follow the same rules

11 regardless of race or gender. This will be accomplished if a honorable judge

12 will order;

13   1. Order Lauren Longmire to pay $9589.00 in actual damages and $92,000.00

14      in punitive damages

15   2. Order Clark County School District to pay 5 Million dollars in damages

16      for not enforcing discrimination and harassment laws to protect white

17      male employees.

18   3. Order Clark County School district to stop harassing employees by

19      threatening to outsource or subcontract the transportation department.

20      The Judge will Order that Clark County School District cannot never

21      subcontract or outsource transportation.

22   4. Order Clark County School District to stop slavery and pay all bus

23      drivers eighteen minutes to do a pre-trip inspection on their bus, and

24      twenty for minutes if the bus is parked in a remote lot.

25   5. Order Clark County School District employees to speak like they have a

26      high school diploma.

27   6. Order Clark County School District to equality for all employees. Make

28      black and female employees follow the same rules. If a white man has to

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND

RACISM. - 9

do extra work to fix something a black or female employee did wrong their wages will be doubles for the day. The offending employee must also have a minimum of three days of unpaid leave.

7. Order Clark County School District to reinstate my dependent's health care.

8. Order Clark County School District to give me the raise I am entitled to.

Dated this 30th of December, 2013

Michael Hill
PLAINTIFF IN PROPER PERSON

MOTION FOR RELIEF FROM WORKPLACE HARRASSMENT, DISCRIMINATION AND RACISM. - 10