# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Hill,<br><br>    Plaintiff<br><br>    v.<br><br>Lauren Longmire and Clark County School District,<br><br>    Defendants | Case No.: 2:14-cv-00147-JAD-PAL<br><br>**Order Setting Briefing Schedule** |

On December 21, 2013, Plaintiff Michael Hill filed a Motion for Relief from Workplace Harassment, Discrimination and Racism in Nevada district court. Doc. 1 at 17–26. Defendants Lauren Longmire and Clark County School District were served on January 14, 2014, and January 8, 2014, respectively. Doc. 1 at 1. The case was removed to federal court pursuant to 28 U.S.C. 1441, which governs federal question jurisdiction, on January 28, 2014. Doc. 1. Beyond the Certificate of Interested Parties filed jointly by the Defendants, no new motions have been filed on the federal docket. Doc. 5.

For good cause appearing and with no reason for delay, the Court ORDERS the following briefing schedule:

. . .

. . .

. . .

1. Defendants Longmire and Clark County School District shall have up through and including **February 18, 2014**, to file any response to Plaintiff's Motion for Relief.  Doc. 1 at 17–26.

2. Plaintiff will then have up through and including **February 21, 2014**, to file any reply in the format prescribed by the Rules of the Court including, but not limited to, Local Rules 7-2 and 7-4..

DATED February 4, 2014.

_____
Jennifer A. Dorsey
United States District Judge