# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HILL,<br><br>                 Plaintiff,<br><br>vs.<br><br>LAUREN LONGMIRE, *et al.*,<br><br>                 Defendants. | CASE NO.: 2:14-cv-147-JAD-PAL<br><br>**ORDER** |

On April 3, 2014, the Court granted Defendants' Motion to Dismiss and for a More Definite Statement (Doc. 6), leaving no viable claims pending; the Court further ordered, "[i]f Hill desires to proceed with this action, he must file an amended complaint that complies with all rules and procedures of this Court and the detailed instructions" of the court. Doc. 18. The Court gave Hill until June 6, 2014, to file his amended complaint. Doc. 22. The Court cautioned, "If Hill fails to file an amended complaint that complies with the Court's instructions by June 6, 2014, this case will be terminated." *Id.* As of the date of this order, Hill has failed to file an amended complaint.

Accordingly, the Clerk of Court is instructed to CLOSE this case.

Dated: July 11, 2014.

                                                                                                   JENNIFER A. DORSEY<br>
                                                                                                   UNITED STATES DISTRICT JUDGE